IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

T.R.I.B.E., LLC,

    Plaintiff,

v.                                                                      1:25-cv-00146-DHU-JMR

KINSALE INSURANCE COMPANY,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on June 18, 2025. Doc. 8. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 6. No objections were filed by the July 2, 2025 deadline.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 8) are ADOPTED;

2.     Plaintiff T.R.I.B.E., LLC's complaint is dismissed without prejudice for failure to obtain counsel and for failure to prosecute its claims.

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE